**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| In Re: BAYCOL PRODUCTS LITIGATION | ) | MDL No. 1431 (MJD/JGL) |
| This Document Relates to | ) | |
| ALBERT CAMPBELL and MARY CAMPBELL, Plaintiffs, | ) | CASE NO. 02-CV-00444 |
| v. | ) | **ORDER OF DISMISSAL** |
| BAYER AG, BAYER CORPORATION, GLAXOSMITHKLINE PLC, | ) | |
| Defendants. | ) | |

IT IS HEREBY ORDERED, pursuant to the above Stipulation, that Plaintiffs' Complaint in the above-referenced matter is hereby Dismissed with Prejudice, each party to bear its own cots and attorney fees.

Dated: ~~July ________, 2004~~
SEP 28 2004

Michael J. Davis
United States District Judge
District of Minnesota

SCANNED
SEP 29 2004
U.S. DISTRICT COURT MPLS